| | |
|---|---|
| ANABELLE G. SAVAGE, Trustee<br>P.O. Box 6179<br>Reno, Nevada 89513<br>angiesavage@sbcglobal.net<br>(775) 337-2111 | E-Filed on June 1, 2011 |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>SHECKLEN, RONALD WESLEY<br>SHECKLEN, KATHLEEN RONEL<br><br><br><br>Debtors.<br>_____/ | CHAPTER 7<br><br>CASE NO. BK-N-08-50132<br><br>MOTION FOR AUTHORITY FOR TRUSTEE TO SELL ASSETS OF THE ESTATE FREE AND CLEAR OF LIENS<br><br>Hearing Date:  July 5, 2011<br>Hearing Time:  10:00 a.m. |

Trustee, ANABELLE G. SAVAGE (herein "Movant") hereby moves the court for an Order authorizing sale of assets of the estate.

1. Debtors filed their voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy code on January 31, 2008.

2. The Debtors are the owners of four individual gas and oil royalties, to wit: Plains Marketing, Marshall and Winston, OGP Operating, and Sheridan Production, located in the State of Texas.

3. Trustee has received several offers to purchase the gas and oil royalties. The highest offer is from William C. Eiland in the amount of One Hundred Eighteen Thousand ($118,000.00) Dollars per the offer dated May 21, 2011, attached hereto as Exhibit "A".

4. Trustee is requesting from the Court approval to accept a backup offer from Readmore Interests, L.P. in the amount of One Hundred Thirteen Thousand Eight Hundred Sixty Seven ($113,867.00) Dollars per the offer dated May 20, 2011, attached hereto as Exhibit "B".

5. Trustee intends to notice all listed creditors and parties of interest of the contemplated sale herein. In the absence of objection by creditors, the proposed sale may be approved by the United States Bankruptcy Court pursuant to 11 U.S.C. § 363. Further, Trustee would consider accepting offers to purchase the property for a sales price in excess of prospective buyer's current offer, which additional offers may be submitted to the Trustee prior to or at the Bankruptcy Court hearing to consider approval of the proposed sale herein. If any interested parties are interested in a telephonic appearance to place a bid at the time of the hearing, they will need to contact the Trustee for instruction prior to the Bankruptcy Court hearing.

6. Trustee believes the sale of the royalties herein is in the best interest of the estate, there will be no any additional cost to the estate and will be sold free and clear of any liens. However, in the event a higher offer is received prior to or at the hearing scheduled to the approval of the subject sale, the accepted terms and conditions must be complied with and the cash must be paid within five (5) days following the Court hearing.

**WHEREFORE**, Trustee, Anabelle G. Savage, respectfully requests that this court enter an order authorizing the sale of the assets as herein described and granting such other and further relief as the court deems appropriate.

RESPECTFULLY SUBMITTED this 1st day of June, 2011

/s/ Anabelle G. Savage
ANABELLE G. SAVAGE, Trustee

Reviewed:

UNITED STATES TRUSTEE

# Exhibit "A"

# WILLIAM C. EILAND
Oil and Gas Properties

May 30, 2011

Anabelle Savage Trustee
P.O. Box 6179
Reno, Nevada 89513

RE: Ronald Wesley Shecklin & Kathleen Ronal Shecklin
    Bankruptcy Case # 08-50132, Chapter 7
    Oil & Gas Properties Coke County, Texas

Dear Annabelle Savage:

    Pursuant to my offer dated April 29, 2011; I will raise my offer to $118,000.00 for all the Oil & Gas properties owned by the Bankruptcy Estate. This offer will terminate August 1, 2011.

Yours very truly,

William C. Eiland

WCE:rme

# EXHIBIT "B"

# READMORE INTERESTS, L.P.
4605 Post Oak Place, Suite 220
Houston, Texas 77027

May 20, 2011

By Facsimile 775-337-2110
Anabelle Savage
P.O. Box 6179
Reno, NV 89513

Re: Shecklin Chapter 7, Case No. 08-50132

Dear Ms. Savage,

Confirming the offer made by email yesterday, Readmore Interests, LP offers $113,867 for the oil/gas royalties in the captioned case, as described in your April 25, 2011 letter.

Since this offer is in excess of six figures, the offer is made on the condition that Readmore has a week after the offer is accepted to confirm base title. There are no other conditions.

Sincerely yours,

Key Collie
for Readmore Interests, L.P.